Form B6A
(10/05)

In re  **Michael Ray Cowan**                                           Case No.   **07-41571-DML-13**

                                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 3120 Westcliff Rd<br>3120 Westcliff Rd. West<br>Fort Worth, Texas 76109<br>TAD 339,300<br>FMV 366,595 (based on Comparative Market Analysis "CMA") | Fee Simple | - | $366,595.00 | $380,401.32 |
| 101 Village Street<br>101 Village Street<br>Kennedale, Texas 76060<br>TAD 154,700<br>FMV 129,972 (based on CMA) | Fee Simple | - | $129,272.00 | $158,574.70 |
| Homestead<br>617 Averett Rd<br>Kennedale, TX 76060<br>TAD 499,972<br>FMV 223,388 (based on CMA) | Fee Simple | - | $223,288.00 | $384,000.00 |
| vacant lot - adjacent homestead<br>613 Averett Rd<br>Kennedale, TX 76060<br>TAD 26,650 | Fee Simple | - | $26,650.00 | $384,000.00 |
| vacant lot - adjacent homestead<br>615 Averett Rd<br>Kennedale, TX 76060<br>TAD 19,520 | Fee Simple | - | $19,520.00 | $384,000.00 |
| | | Total: | **$765,325.00** | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

In re  **Michael Ray Cowan**                                     Case No.   **07-41571-DML-13**
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | - | $40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JPMorgan Chase Bank - checking XXXXXX2920 | - | $1,265.00 |
| | | Bank of America - checking | - | $500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Goods | - | $8,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing and personal effects | - | $350.00 |
| 7. Furs and jewelry. | | watch | - | $350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life ($500,000 face value, no cash surrender value) | - | $0.00 |

Form B6B-Cont.
(10/05)

In re  **Michael Ray Cowan**                                    Case No.   **07-41571-DML-13**

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 403b | - | $46,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Fidelity - Brokerage Account | - | $2,400.63 |
| | | 44% interest in Lone Star Urgent Care Managers, LLC | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Michael Ray Cowan**                                        Case No.   **07-41571-DML-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | 25% royalty interest in oil and gas lease at 613, 615, and 617 Averett Rd, Kennedale, TX and at 101 Village St, Kennedale, TX (both leases are not operating) | - | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Range Rover | - | $2,000.00 |

Form B6B-Cont.
(10/05)

In re  **Michael Ray Cowan**                              Case No.   **07-41571-DML-13**
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1989 Toyota Landcruiser | - | $1,500.00 |
| | | 1989 Toyota Landcruiser | - | $1,500.00 |
| | | 1996 Dodge Pickup | - | $2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Stethoscope | - | $50.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.) | | | **Total >** | **$66,455.63** |

Form B6C
(04/07)

In re  **Michael Ray Cowan**                                     Case No.   **07-41571-DML-13**
                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 3120 Westcliff Rd<br>3120 Westcliff Rd. West<br>Fort Worth, Texas 76109<br>TAD 339,300<br>FMV 366,595 (based on Comparative Market Analysis "CMA") | 11 U.S.C. § 522(d)(5) | $0.00 | $366,595.00 |
| 101 Village Street<br>101 Village Street<br>Kennedale, Texas 76060<br>TAD 154,700<br>FMV 129,972 (based on CMA) | 11 U.S.C. § 522(d)(5) | $0.00 | $129,272.00 |
| Homestead<br>617 Averett Rd<br>Kennedale, TX 76060<br>TAD 499,972<br>FMV 223,388 (based on CMA) | 11 U.S.C. § 522(d)(1) | $0.00 | $223,288.00 |
| vacant lot - adjacent homestead<br>613 Averett Rd<br>Kennedale, TX 76060<br>TAD 26,650 | 11 U.S.C. § 522(d)(1) | $0.00 | $26,650.00 |
| vacant lot - adjacent homestead<br>615 Averett Rd<br>Kennedale, TX 76060<br>TAD 19,520 | 11 U.S.C. § 522(d)(1) | $0.00 | $19,520.00 |
| cash | 11 U.S.C. § 522(d)(5) | $40.00 | $40.00 |
| | | **$40.00** | **$765,365.00** |

Form B6C-Cont.
(04/07)

In re  **Michael Ray Cowan**                                    Case No.   **07-41571-DML-13**
                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| JPMorgan Chase Bank - checking XXXXXX2920 | 11 U.S.C. § 522(d)(5) | $1,265.00 | $1,265.00 |
| Bank of America - checking | 11 U.S.C. § 522(d)(5) | $500.00 | $500.00 |
| Household Goods | 11 U.S.C. § 522(d)(3) | $8,500.00 | $8,500.00 |
| clothing and personal effects | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| watch | 11 U.S.C. § 522(d)(4) | $350.00 | $350.00 |
| term life ($500,000 face value, no cash surrender value) | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| 403b | 11 U.S.C. § 522(d)(10) | $46,000.00 | $46,000.00 |
| Fidelity - Brokerage Account | 11 U.S.C. § 522(d)(5) | $2,400.63 | $2,400.63 |
| 44% interest in Lone Star Urgent Care Managers, LLC | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| 25% royalty interest in oil and gas lease at 613, 615, and 617 Averett Rd, Kennedale, TX and at 101 Village St, Kennedale, TX (both leases are not operating) | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| 1999 Range Rover | 11 U.S.C. § 522(d)(5) | $0.00 | $2,000.00 |
| 1989 Toyota Landcruiser | 11 U.S.C. § 522(d)(5) | $1,500.00 | $1,500.00 |
| 1989 Toyota Landcruiser | 11 U.S.C. § 522(d)(5) | $1,500.00 | $1,500.00 |
| 1996 Dodge Pickup | 11 U.S.C. § 522(d)(5) | $2,000.00 | $2,000.00 |
| Stethoscope | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
|  |  | **$64,455.63** | **$831,780.63** |

Official Form 6D (10/06)

In re  **Michael Ray Cowan**                                   Case No.  **07-41571-DML-13**
                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**City of Fort Worth**<br>**100 E. Weatherford**<br>**Fort Worth, TX  76196-0301** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**3120 Westcliff Rd**<br>REMARKS:<br><br>VALUE:                    **$366,595.00** | | | | **$0.00** | |
| **Representing:**<br>**City of Fort Worth** | | | **Linebarger Goggan Blair**<br>**Pena & Sampson, LLP**<br>**309 W. 7th Street, #1300**<br>**Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**City of Fort Worth**<br>**100 E. Weatherford**<br>**Fort Worth, TX  76196-0301** | | - | DATE INCURRED:      **2006**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**3120 Westcliff Rd**<br>REMARKS:<br>**2006 and 2007**<br><br>VALUE:                    **$366,595.00** | | | | **$5,835.96** | |
| ACCT #:<br><br>**City of Kennedale**<br>**405 Municipal Drive**<br>**Kennedale, TX 76060** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**101 Village Street, Kennedale, TX**<br>REMARKS:<br>**2008**<br><br>VALUE:                    **$129,272.00** | | | | **$0.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$5,835.96** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____9_____continuation sheets attached

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re **Michael Ray Cowan**    Case No. **07-41571-DML-13**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **City of Kennedale** | | | **Linebarger Goggan Blair Pena & Sampson, LLP 309 W. 7th Street, #1300 Fort Worth, TX 76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **City of Kennedale 405 Municipal Drive Kennedale, TX 76060** | | - | DATE INCURRED: NATURE OF LIEN: **Property taxes** COLLATERAL: **617 Averett Street, homestead** REMARKS: **2007 property taxes - escrowed** <br><br> VALUE: **$223,288.00** | | | | **$0.00** | |
| **Representing:** **City of Kennedale** | | | **Linebarger Goggan Blair Pena & Sampson, LLP 309 W. 7th Street, #1300 Fort Worth, TX 76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **City of Kennedale 405 Municipal Drive Kennedale, TX 76060** | | - | DATE INCURRED: NATURE OF LIEN: **Property taxes** COLLATERAL: **land 613 Averett Rd - adjacent homestead** REMARKS: **escrowed** <br><br> VALUE: **$26,650.00** | | | | **$0.00** | |

Sheet no. **1** of **9** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$0.00**    **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**                                          Case No.  **07-41571-DML-13**

                                                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **City of Kennedale** | | | **Linebarger Goggan Blair Pena & Sampson, LLP 309 W. 7th Street, #1300 Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **City of Kennedale 405 Municipal Drive Kennedale, TX 76060** | | - | DATE INCURRED: NATURE OF LIEN: **Property taxes** COLLATERAL: **land 615 Averett Rd - adjacent homestead** REMARKS: **escrowed**  VALUE: **$19,520.00** | | | | **$0.00** | |
| **Representing:** **City of Kennedale** | | | **Linebarger Goggan Blair Pena & Sampson, LLP 309 W. 7th Street, #1300 Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **City of Kennedale 405 Municipal Drive Kennedale, TX 76060** | | - | DATE INCURRED:    **Various** NATURE OF LIEN: **Arrearage claim** COLLATERAL: **101 Village Street, Kennedale, TX** REMARKS: **2006 and 2007**  VALUE: **$129,272.00** | | | | **$2,235.42** | **$2,235.42** |

Sheet no. _____**2**_____ of _____**9**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

**Subtotal (Total of this Page) >** | **$2,235.42** | **$2,235.42**

**Total (Use only on last page) >** | |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**     Case No.  **07-41571-DML-13**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx6561**<br><br>**Countrywide Home Loans**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062-5170** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**3120 Westcliff Road**<br>REMARKS:<br><br>VALUE: **$366,595.00** | | | | **$287,612.00** | |
| ACCT #: **xxxxxxx2104**<br><br>**Credit Union of Texas**<br>**P.O. BOX 515369**<br>**Dallas, TX 75251-5369** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Auto lease**<br>COLLATERAL:<br>**2004 Discovery**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$0.00** | |
| ACCT #:<br><br>**Fort Worth I.S.D.**<br>**100 E. Weatherford**<br>**Fort Worth, TX 76196-0301** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**3120 Westcliff Rd**<br>REMARKS:<br>**2008**<br>VALUE: **$366,595.00** | | | | **$0.00** | |
| **Representing:**<br>**Fort Worth I.S.D.** | | | **Perdue Brandon Fielder**<br>**Collins & Mott, L.L.P.**<br>**P.O. Box 13430**<br>**Arlington, TX  76094-0430** | | | | **Notice Only** | **Notice Only** |

Sheet no. _____**3**_____ of _____**9**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$287,612.00**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re **Michael Ray Cowan**                                      Case No. **07-41571-DML-13**
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Fort Worth I.S.D.**<br>**100 E. Weatherford**<br>**Fort Worth, TX 76196-0301** | | - | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**3120 Westcliff Rd**<br>REMARKS:<br>**2006 and 2007**<br><br>VALUE: **$366,595.00** | | | | **$10,274.00** | **$9,284.96** |
| ACCT #:<br><br>**Freemont Investment & Loan**<br>**PO Box 25100**<br>**Santa Ana, CA 92799-5100** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**617 Averett Road, Kennedale, TX  76060**<br>REMARKS:<br><br>VALUE: **$269,458.00** | | | | **$384,000.00** | **$114,542.00** |
| **Representing:**<br>**Freemont Investment & Loan** | | | **EMC Mortgage Corporation**<br>**800 State Highway 121 Bypass**<br>**Lewisville, TX 75067-4180** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxxxx4125**<br><br>**Homeq Servicing Corporation**<br>**P.O. Box 79230**<br>**City of Industry, CA 91716-9230** | | - | DATE INCURRED: **1992**<br>NATURE OF LIEN:<br>**Note**<br>COLLATERAL:<br>**101 Village Street, Kennedale, TX  76060**<br>REMARKS:<br><br>VALUE: **$129,272.00** | | | | **$149,007.00** | **$19,735.00** |

Sheet no. ___**4**___ of ___**9**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$543,281.00** | **$143,561.96** |
| Total (Use only on last page) > | | |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**                                                       Case No.  **07-41571-DML-13**

                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**HSBC Mortgage Corp**<br>**Suite 0241**<br>**Buffalo, NY 14270-0241** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Second lien**<br>COLLATERAL:<br>**3120 Westcliff Rd**<br>REMARKS:<br>**73225.71**<br><br>VALUE:                              **$366,595.00** | | | X | **$72,158.00** | |
| ACCT #:<br><br>**Internal Revenue Service**<br>**2601 Meacham Blvd, Ste 550**<br>**Fort Worth, TX 76137-4227** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1040 Taxes**<br>COLLATERAL:<br>**real and personal property**<br>REMARKS:<br>**There is no non-exempt property to which this lien attaches**<br><br>VALUE:                              **$0.00** | | | | **$0.00** | |
| ACCT #:<br><br>**Kennedale ISD**<br>**PO Box 467**<br>**Kennedale, TX 76060** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**617 Averett Street, homestead**<br>REMARKS:<br>**2007 property taxes - escrowed**<br><br>VALUE:                              **$223,288.00** | | | | **$0.00** | |
| **Representing:**<br>**Kennedale ISD** | | | **Linebarger Goggan Blair Pena & Sampson, LLP**<br>**309 W. 7th Street, #1300**<br>**Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**5**____ of ____**9**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$72,158.00** | **$0.00** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**                                    Case No.  **07-41571-DML-13**

                                                                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Kennedale ISD<br>PO Box 467<br>Kennedale, TX 76060** | | - | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**land 613 Averett Rd - adjacent homestead**<br>REMARKS:<br><br><br>VALUE:          **$26,650.00** | | | | **$0.00** | |
| **Representing:<br>Kennedale ISD** | | | **Linebarger Goggan Blair<br>Pena & Sampson, LLP<br>309 W. 7th Street, #1300<br>Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Kennedale ISD<br>PO Box 467<br>Kennedale, TX 76060** | | - | DATE INCURRED: **2007**<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**land 615 Averett Rd - adjacent homestead**<br>REMARKS:<br><br><br>VALUE:          **$19,520.00** | | | | **$0.00** | |
| **Representing:<br>Kennedale ISD** | | | **Linebarger Goggan Blair<br>Pena & Sampson, LLP<br>309 W. 7th Street, #1300<br>Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**6**____ of ____**9**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$0.00** |
| Total (Use only on last page) > | |

|  | |
|---|---|
| (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Subtotal unsecured: **$0.00**

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**                                              Case No.  **07-41571-DML-13**

                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Kennedale ISD**<br>**PO Box 467**<br>**Kennedale, TX 76060** | | - | DATE INCURRED: **2008**<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**101 Village Street**<br>REMARKS:<br><br><br>VALUE:            **$129,272.00** | | | | **$0.00** | |
| **Representing:**<br>**Kennedale ISD** | | | **Linebarger Goggan Blair**<br>**Pena & Sampson, LLP**<br>**309 W. 7th Street, #1300**<br>**Fort Worth, TX  76102** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Kennedale ISD**<br>**PO Box 467**<br>**Kennedale, TX 76060** | | - | DATE INCURRED:   **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**101 Village Street**<br>REMARKS:<br>**2006 and 2007**<br><br>VALUE:            **$129,272.00** | | | | **$5,332.70** | **$5,332.70** |
| ACCT #: **xxxxxx7304**<br><br>**Land Rover Financial (BMW Financial)**<br>**Customer Service Center**<br>**P.O. Box 3608**<br>**Dublin, OH  43016-0306** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note**<br>COLLATERAL:<br>**1999 Range Rover**<br>REMARKS:<br><br>VALUE:            **$2,000.00** | | | | **$2,100.00** | **$100.00** |

Sheet no. ____**7**____ of ____**9**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

**Subtotal (Total of this Page) >**     **$7,432.70**     **$5,432.70**

**Total (Use only on last page) >**

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**                                            Case No.  **07-41571-DML-13**

                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**101 Village St, Kennedale**<br>REMARKS:<br><br>VALUE:                    **$129,272.00** | | | | **$0.00** | |
| ACCT #:<br><br>**Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**3120 Westcliff Rd**<br>REMARKS:<br>**2008**<br><br>VALUE:                    **$366,595.00** | | | | **$0.00** | |
| ACCT #:<br><br>**Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**617 Averett Street, homestead**<br>REMARKS:<br>**2007 property taxes - escrowed**<br><br>VALUE:                    **$223,288.00** | | | | **$0.00** | |
| ACCT #:<br><br>**Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED:    **2007**<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**land 613 Averett Rd - adjacent homestead**<br>REMARKS:<br>**escrowed**<br><br>VALUE:                    **$26,650.00** | | | | **$0.00** | |

Sheet no. ____**8**____ of ____**9**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$0.00**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont.

In re  **Michael Ray Cowan**                                              Case No.  **07-41571-DML-13**

                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED: **2007** NATURE OF LIEN: **Property taxes** COLLATERAL: **land 615 Averett Rd - adjacent homestead** REMARKS: **escrowed** VALUE: **$19,520.00** | | | | **$0.00** | |
| ACCT #: **Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED: **Various** NATURE OF LIEN: **Arrearage claim** COLLATERAL: **101 Village St, Kennedale** REMARKS: **2006 and 2007** VALUE: **$129,272.00** | | | | **$1,999.58** | **$1,999.58** |
| ACCT #: **Tarrant County Appraisal District 2500 Handley-Ederville Rd Fort Worth, TX 76118** | | - | DATE INCURRED: **Various** NATURE OF LIEN: **Arrearage claim** COLLATERAL: **3120 Westcliff Rd** REMARKS: **2006 and 2007** VALUE: **$366,595.00** | | | | **$4,521.36** | **$4,521.36** |
| | | | | | | | | |

Sheet no. _____**9**_____ of _____**9**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$6,520.94** | **$6,520.94** |
| Total (Use only on last page) > | **$925,076.02** | **$157,751.02** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Official Form 6E (04/07)

In re  **Michael Ray Cowan**                                                    Case No.   **07-41571-DML-13**
                                                                                          (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.


**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.


*\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____**2**_____continuation sheets attached

Official Form 6E (04/07) - Cont.

In re **Michael Ray Cowan**                                                Case No.  **07-41571-DML-13**
                                                                                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**2601 Meacham Blvd, Ste 550**<br>**Fort Worth, TX 76137-4227** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**unsecured portion of:**<br>**2002 - 11,483**<br>**2003 - 62,183** | | | | $138,866.00 | $138,866.00 | $0.00 |
| | | | **2004 - 54,459**<br>**2005 - 10,741** | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets      **Subtotals (Totals of this page) >**      | $138,866.00 | $138,866.00 | $0.00

attached to Schedule of Creditors Holding Priority Claims

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

Official Form 6E (04/07) - Cont.

In re **Michael Ray Cowan**                                           Case No.   **07-41571-DML-13**
                                                                                 (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Ted Machi** <br> **1521 N Cooper, #550** <br> **Arlington, TX  76011** | | - | DATE INCURRED:  **04/04/2007** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $1,500.00 | $1,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____2____ of ____2____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority |
|---|---|---|---|
| Subtotals (Totals of this page) > | $1,500.00 | $1,500.00 | $0.00 |
| Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $140,366.00 | | |
| Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $140,366.00 | $0.00 |

Official Form 6F (10/06)

In re  **Michael Ray Cowan**  Case No.  **07-41571-DML-13**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx3496**<br>**Chase**<br>**National Payment Services**<br>**PO Box 182223**<br>**Columbus, OH 43218** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$28,712.27** |
| **Representing:**<br>**Chase** | | | **Chase Home Finance**<br>**National Recovery Group**<br>**PO Box 29505**<br>**Phoenix, AZ 85038-9505** | | | | **Notice Only** |
| ACCT #:  **xxx-xx-8754**<br>**Hinson Hazelwood Student Loan**<br>**P.O. Box 12788**<br>**Austin, Texas 78711-2788** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$16,770.47** |
| ACCT #:<br>**Ted Machi & Associates, P.C.**<br>**Skymark Tower, Suite 550**<br>**1521 N. Cooper Street**<br>**Arlington, Texas 76011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$6,000.00** |
| ACCT #:  **xxxxxxxxxxxx2753**<br>**Tri-Cap Investment Partners, LLC**<br>**c/o Boudreau & Associates, LLC**<br>**5 Industrial Way**<br>**Salem, NH 03079** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**original creditor - Citibank** | | | | **$18,709.11** |
| | | | | | | | |
| | | | | | Subtotal > | | **$70,191.85** |
| | | | | | Total > | | **$70,191.85** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

_____**No**_____ continuation sheets attached

Form B6G
(10/05)

In re  **Michael Ray Cowan**                                         Case No.   **07-41571-DML-13**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.
R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cingular Wireless**<br>P.O. Box 702257<br>Dallas, TX 75370 | cell phone<br>Contract to be ASSUMED |
| **Colt Exploration**<br>512 Main Street, Ste 309<br>Fort Worth, TX 76102 | oil and gas lease<br>Contract to be ASSUMED |
| **Credit Union of Texas**<br>P.O. Box 515369<br>Dallas, TX  75251-5360 | Automobile lease<br>Contract to be ASSUMED |
| **XTO Energy, Inc.**<br>810 Houston St<br>Fort Worth, TX 76102 | oil and gas lease<br>Contract to be ASSUMED |

Form B6H
(10/05)

In re **Michael Ray Cowan**                                    Case No.  **07-41571-DML-13**
                                                                              (if known)


# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Official Form 6I (10/06)

In re  **Michael Ray Cowan**                                           Case No.   **07-41571-DML-13**
                                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship: | Age: | Relationship: | Age: |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Physician | |
| Name of Employer | Greater San Antonio Emergency Physicians | |
| How Long Employed | began 4/1/07 | |
| Address of Employer | 8401 Datapoint, Ste 500 San Antonio, TX 78229 | |

**INCOME: (Estimate of average or projected monthly income at time case filed)**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $15,000.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$15,000.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $2,250.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$2,250.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$12,750.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. Lone Star Urgent Care LC income | $5,000.00 | |
| | b. residential real property lease - 3120 W | $2,800.00 | |
| | c. | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$7,800.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$20,550.00** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | **$20,550.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor will have additional part time temporary income for 2 months beginning 5/5/07 (possible $70,000).  Lone Star Urgent Care Managers has opened an additional clinic and anticipate greater profits 4th quarter 2007.**

Official Form 6J (10/06)

IN RE: **Michael Ray Cowan**                                CASE NO  **07-41571-DML-13**

CHAPTER   **13**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,473.17 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $550.00 |
|           b. Water and sewer | $300.00 |
|           c. Telephone | $100.00 |
|           d. Other:  cell | $400.00 |
| 3. Home maintenance (repairs and upkeep) | $150.00 |
| 4. Food | $300.00 |
| 5. Clothing | $200.00 |
| 6. Laundry and dry cleaning | $60.00 |
| 7. Medical and dental expenses | $50.00 |
| 8. Transportation (not including car payments) | $475.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|        a. Homeowner's or renter's | $337.50 |
|        b. Life | $150.00 |
|        c. Health | |
|        d. Auto | $365.00 |
|        e. Other:  Disability | $150.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $1,170.00 |
| Specify: taxes on rental and LP income | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto:  2004 Discovery | $904.88 |
|       b. Other: 1999 Range Rover | $600.00 |
|       c. Other: | |
|       d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $5,854.83 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$15,690.38** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **1999 Range Rover payment to end in 3 months.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $20,550.00 |
| b. Average monthly expenses from Line 18 above | $15,690.38 |
| c. Monthly net income (a. minus b.) | $4,859.62 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Michael Ray Cowan**                                    CASE NO   **07-41571-DML-13**

                                                                CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| 3120 Westcliff Mortgage (Countrywide) | **$2,365.34** |
| 3120 Westcliff 2nd lien (HSBC) | **$704.72** |
| 3120 Westcliff (property taxes) | **$860.00** |
| 101 Village St Mortgage (Homeq) | **$1,524.77** |
| 101 Village St (property tax) | **$400.00** |
| **Total >** | **$5,854.83** |

Official Form 6 - Summary (10/06)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Michael Ray Cowan**                              CASE NO   **07-41571-DML-13**

                                                           CHAPTER   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $765,325.00 | | |
| B - Personal Property | Yes | 4 | $66,455.63 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | $925,076.02 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $140,366.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $70,191.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $20,550.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $15,690.38 |
| TOTAL | | 26 | $831,780.63 | $1,135,633.87 | |

Official Form 6 - Statistical Summary (10/06)  **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Michael Ray Cowan**                    CASE NO  **07-41571-DML-13**

                                                CHAPTER  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $138,866.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$138,866.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$20,550.00** |
| Average Expenses (from Schedule J, Line 18) | **$15,690.38** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$14,647.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$157,751.02** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **$140,366.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$70,191.85** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$227,942.87** |

Official Form 6 - Declaration (10/06)

In re **Michael Ray Cowan**                                                    Case No.  **07-41571-DML-13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28**_____

(Total shown on summary page as attached plus 2.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **05/02/2007**_____          Signature **/s/ Michael Ray Cowan**_____

                                                    *Michael Ray Cowan*

Date _____          Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*